

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00420-CR

## EX PARTE KEVIN NEAL GLASPIE

**From the 443rd District Court
Ellis County, Texas
Trial Court No. 48617CR**

## MEMORANDUM OPINION

On December 14, 2022, we received a document from Kevin Neal Glaspie entitled "Defendant's Motion for Injunction." In the document, Glaspie requests that we authorize the trial court to immediately release him from his confinement on a state-jail-felony charge.

We construe the document from Glaspie as an original application for a writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.01 ("The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty."). The courts of appeals, however, have no original habeas-corpus jurisdiction in criminal matters. *Ex parte Braswell*, 630 S.W.3d 600, 601–02 (Tex. App.—Waco 2021, orig. proceeding). Accordingly, this proceeding is dismissed for want of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
     (Chief Justice Gray concurs in the Court's judgment of dismissal. A separate opinion will not issue.)
Dismissed
Opinion delivered and filed December 28, 2022
Do not publish
[OT06]

